YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
MOMOT & ZHENG
520 South Fourth St., St. 300
Las Vegas, NV 89101
(702) 385-7170
Attorney for Defendant
ARTURO GOMEZ

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ARTURO GOMEZ, )<br>)<br>)<br>Defendants. )<br>) | 2:18-cr-00014-RFB-PAL-2<br><br>**STIPULATION TO<br>CONTINURE REVOCATION OF<br>PRETRIAL RELEASE** |

COMES NOW, Defendant, ARTURO GOMEZ ("Mr. Gomez"), by and through his attorney by CJA appointment YI LIN ZHENG, ESQ., of The Law Offices of Momot & Zheng, 520 S. Fourth St., Ste. 300, Las Vegas, NV 89101, and the United States being represented by and through the United States Attorney Office.

Defendant's Revocation of Pretrial Release Hearing is currently set for April 17, 2018, at 2:30 p.m. CJA Counsel contacted AUSA Susan Cushman requesting a 45-day continuance due to a conflict in CJA Counsels schedule. The additional time will allow Mr. Gomez to continue to engage in drug counseling. Additionally, CJA Counsel asks for Defendants presence to be waived. AUSA Susan Cushman had no objection to the requests. Mr. Gomez is currently out of custody. He has no opposition to the continuance and authorized counsel to seek a continuance from the Court.

**IT IS HEREBY STIPULATED AND AGREED UPON**, by and between the parties hereto, that the Revocation of Pretrial Release Haring date in the above referenced case may be

continued from April 17, 2018 at 2:30 p.m., for a period of 45 days or until such time convenient for this Honorable Court.

STIPULATION entered by:

_____/s/_____
YI LIN ZHENG
Nevada Bar No. 10811
MOMOT & ZHENG
520 So. Fourth St., Ste. 300
Las Vegas, Nevada 89101
Attorney for Defendant

_____/s/_____
DAYLE ELIESON
United States Attorney
SUSUAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd. So., Ste 1100
Las Vegas, Nevada 89101

YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
MOMOT & ZHENG
520 South Fourth St., St. 300
Las Vegas, NV 89101
(702) 385-7170
Attorney for Defendant
ARTURO GOMEZ

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ARTURO GOMEZ,<br><br>    Defendants. | 2:18-cr-00014-RFB-PAL-2<br><br>**ORDER TO CONTINUE REVOCATION OF PRETRIAL RELEASE** |

Upon Stipulation of the parties:

**IT IS HEREBY ORDERED** that the Revocation of Pretrial Release Hearing date in the above referenced case shall be continued from April 17, 2018, at 2:30 p.m., to June 7, 2018 at 1:00 a.m./p.m., Courtroom 7C.

DATED this 16th day of April of 2018.

_____
HONORABLE JUDGE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE