NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada  89101
702-388-6336
702-388-6418 (fax)
Susan.cushman@usdoj.gov
Attorney for the plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-0014-RFB-PAL |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| vs. | (Second Request) |
| ARTURO GOMEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney; SUSAN CUSHMAN, Assistant United States Attorney, counsel for the United States of America and YI LIN ZHENG, counsel for defendant, that sentencing in the above-captioned matter currently scheduled for sentencing on Thursday, March 14, 2019, at 2:30 p.m. be vacated and continued to a date and time convenient to all parties, but no later than two weeks.

This Stipulation is entered into for the following reason:

1. The counsel for government has a conflict with the date and time.

2. The parties agree to the continuance.

3. The defendant is in custody and does not object to the continuance.

4. This is the second request to continue the sentencing.

DATED this 12th day of March, 2019.

                                        Respectfully Submitted,

                                        NICHOLAS A. TRUTANICH
                                        United States Attorney

                                        */s/ Susan Cushman*
                                        SUSAN CUSHMAN
                                        Assistant United States Attorney

                                        */s/ Yi Lin Zheng*
                                        YI LIN ZHENG, ESQ.
                                        Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:18-cr-0014-RFB-PAL |
| Plaintiff, ) | |
| vs. ) | ORDER TO CONTINUE SENTENCING |
| ARTURO GOMEZ, ) | |
| Defendant. ) | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued until March   21  , 2019 at the hour of  10:00  a .m.

DATED this 13th day of March, 2019.



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE